IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TPC GROUP INC, *et al.*,<br><br>        *Debtors*.[2] | Chapter 11<br><br>Case No. 22-10493 (CTG)<br><br>Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P<br><br>        *Plaintiffs*,<br><br>v.<br><br>TPC GROUP INC.,<br><br>        *Defendant*,<br><br>-and-<br><br>THE AD HOC NOTEHOLDER GROUP,<br><br>        *Intervenor-Defendant*. | Civ. Case No. 22-_____<br><br>Adv. Pro. No. 22-50372 (CTG) |

**ORDER GRANTING APPELLANTS' MOTION FOR LEAVE TO EXCEED WORD LIMITATION FOR MOTION TO STAY EFFECTIVENESS AND ENFORCEMENT OF ORDER PENDING APPEAL**

Upon the Motion[3] of Appellants Bayside Capital, Inc. and Cerberus Capital Management, L.P. (the "Appellants"), pursuant to Local Rule 7.1.3, requesting authorization to exceed the word limit for *Emergency Motion of Appellants Bayside Capital, Inc. and Cerberus Capital*

---

[2] The Debtors in these Chapter 11 cases, and the last four digits of their federal tax identification numbers, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

DOCS_DE:239807.3

*Management, L.P. For Stay of Effectiveness and Enforcement of Order Pending Appeal Pursuant To Bankruptcy Rule 8007* (the "Stay Motion"), and after due deliberation, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED that Appellants is authorized to file the Stay Motion exceeding the word count limits of Rule 8013(f)(3)(A).

_____
United States District Judge

DOCS_DE:239807.3