# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TPC GROUP INC, *et al.*,<br><br>    *Debtors*.[1] | Chapter 11<br><br>Bankrtupcy Case No. 22-10493 (CTG)<br><br>Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P<br><br>    *Plaintiffs-Appellants*,<br><br>v.<br><br>TPC GROUP INC.,<br><br>    *Defendant-Appellees*,<br><br>-and-<br><br>THE AD HOC NOTEHOLDER GROUP,<br><br>    *Intervenor-Defendant-Appellee.* | Bankruptcy Adv. Proc. No. 22-50372 (CTG)<br><br>Civ. Action No. _____ |

**APPENDIX TO EMERGENCY MOTION OF APPELLANTS BAYSIDE CAPITAL, INC. AND CERBERUS CAPITAL MANAGEMENT, L.P. FOR STAY OF EFFECTIVENESS AND ENFORCEMENT OF ORDER AND JUDGMENT <u>PENDING APPEAL PURSUANT TO BANKRUPTCY RULE 8007</u>**

---

[1] The Debtors in these Chapter 11 cases, and the last four digits of their federal tax identification numbers, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

DOCS_DE:239812.1

## BANKRUPTCY RULES 7062 AND 8007 [REDACTED VERSION]

Appellant Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa") hereby submits this *Appendix to Emergency Motion of Appellants Bayside Capital, Inc. and Cerberus Capital Management, L.P. for Stay of Effectiveness and Enforcement of Order and Judgment Pending Appeal Pursuant to Bankruptcy Rule 8007* [Civ. Action No. [], D.I. [].] filed in support of the *Emer Emergency Motion of Appellants Bayside Capital, Inc. and Cerberus Capital Management, L.P. for Stay of Effectiveness and Enforcement of Order and Judgment Pending Appeal Pursuant to Bankruptcy Rule 8007* [Civ. Action No. [], D.I. []] filed on July [], 2022.

| Exhibit No. | Date Filed | Description |
|---|---|---|
| 1. | 07/06/2022 | Memorandum Opinion [A.D.I. 72, Adv. No. 22-50372] |
| 2. | 07/08/2022 | Order Resolving Pending Motions [A.D.I. 74, Adv. No. 22-50372] |
| 3. | 07/08/2022 | Judgment [A.D.I. 75, Adv. No. 22-50372] |
| 4. | 07/11/2022 | Opinion Denying Motion for Stay Pending Appeal [A.D.I. 87, Adv. No. 22-50372] |
| 5. | 07/11/2022 | Order Denying Motion for Stay Pending Appeal [A.D.I. 88, Adv. No. 22-50372] |
| 6. | 06/01/2022 | Declaration of Robert A. Del Genio in Support of Debtors' Chapter 11 Petitions and First Day Motions [D.I. 27, Case No. 22-10493] |
| 7. | 06/02/2022 | 10.50% Senior Secured Notes Due 2024 Indenture, among TPC, the Guarantors (as defined therein), and U.S. Bank National Association, dated August 2, 2019 [Original Indenture], as Exhibit A to the Declaration of Aaron L. Renenger in Support of the Ad Hoc Group of Non-Consenting Noteholders' Motion for Summary Judgment [A.D.I. 11-1, Adv. No. 22-50372] |
| 8. | 06/09/2022 | Letter to U.S. National Bank dated April 26, 2022, as Exhibit D to Plaintiffs' Opening Brief in Support of Motion for Summary Judgment, [A.D.I. 17-4, Adv. No. 22-50372] |
| 9. | 06/01/2022 | Chapter 11 Voluntary Petition, [D.I. 1, Case No. 22-10493] |
| 10. | 06/01/2022 | Motion to Allow Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief Filed by TPC Group Inc.., [D.I. 36, Case No. 22-10493] |

| Exhibit No. | Date Filed | Description |
|---|---|---|
| 11. | 06/02/2022 | Objection of the Ad Hoc Group of Non-Consenting Noteholders to Debtors' Motion for Entry of Interim and Final Orders Approving DIP Financing, [D.I. 76, Case No. 22-10493] |
| 12. | 06/02/2022 | Plaintiffs' Complaint for Declaratory Judgment, [A.D.I. 9, Adv. No. 22-50372] |
| 13. | 06/02/2022 | Plaintiffs' Motion for Summary Judgment, [A.D.I. 10, Adv. No. 22-50372] |
| 14. | 06/17/2022 | Ad Hoc Noteholder Group's Cross-Motion for Summary Judgment, [A.D.I. 44, Adv. No. 22-50372] |
| 15. | 07/08/2022 | Declaration of Alexander Tracy in Support of Emergency Motion of Plaintiffs for Stay of Effectiveness and Enforcement or Order and Judgment Pending Appeal and Suspension of Other Proceedings Pursuant to Bankruptcy Rule 8007, [A.D.I. 78-3, Adv. No. 22-50372] |
| 16. | 07/08/2022 | Declaration of Oscar Shine, [A.D.I. 79-2, Adv. No. 22-50372] |
| 17. | 06/24/2022 | Declaration of Oscar Shine in Support of Plaintiffs-Counterclaim Defendants' Consolidated Memorandum of Law in Further Support of Their Motion for Summary Judgment, [A.D.I. 55, Adv. No. 22-50372] |
| 18. | 06/01/2022 | Declaration of Zul Jamal in Support of Debtors' Motion for Entry of Interim and Final Orders, [D.I. 68, Case No. 22-10493] |
| 19. | 07/11/2022 | Declaration of Zul Jamal in Support of Debtors and Intervenor Defendants' Consolidated Response to Plaintiffs' Motion for Stay, [A.D.I. 84, Adv. No. 22-50372] |
| 20. | 07/01/2022 | Transcript of Summary Judgment Hearing Before the Honorable Craig T. Goldblatt, [Placeholder docket entry at A.D.I. 69, Adv. No. 22-50372] |
| 21. | 07/11/2022 | Intercreditor Agreement, among Bank of America, N.A. ("Bank of America") and U.S. Bank, dated August 2, 2019 [2019 Intercreditor Agreement], as Exhibit B to the Declaration of Aaron L. Renenger in Support of the Ad Hoc Group of Non-Consenting Noteholders' Motion for Summary Judgment [A.D.I. 11-2, Adv. No. 22-50372] |
| 22. | 07/11/2022 | Intercreditor Agreement, among U.S. Bank National Association (as Senor Priority Agent, as defined therein) and U.S. Bank National Association (as Junior Priority Notes Agent, as defined therein), dated February 2, 2021 [2021 Intercreditor Agreement], as Exhibit B to the Declaration of Oscar Shine [A.D.I. 63-2, Adv. No. 22-50372] |
| 23. | 06/02/2022 | 10.50% Senior Secured Notes Due 2024 Supplemental Indenture, among TPC, the Guarantors (defined therein), and U.S. Bank, dated February 2, 2021, as Exhibit D to the Declaration of Aaron L. Renenger in Support of the Ad Hoc Group of Non-Consenting Noteholders' Motion for Summary Judgment [A.D.I. 11-4, Adv. No. 22-50372] |
| 24. | 06/02/2022 | Letter to Baker Botts LLP dated March 31, 2022, as Exhibit H to the Declaration of Aaron L. Renenger in Support of the Ad Hoc Group of Non-Consenting Noteholders' Motion for Summary Judgment [A.D.I. 11-1, Adv. No. 22-50372] |
| 25. | 06/03/2022 | Transcript of First Day Hearing Before the Honorable Craig T. Goldblatt, [Placeholder docket entry at D.I. 148, Case No. 22-10493] |

| **Exhibit No.** | **Date Filed** | **Description** |
|---|---|---|
| 26. | 07/12/2022 | Omnibus Reply of the Ad Hoc Noteholder Group to Objections to Debtors' Motion for Entry of Interim and Final Orders, [D.I. 423, Case No. 22-10493] |
| 27. | 06/17/2022 | TPC Group Inc's Brief in Opposition to Plaintiffs Motion for Summary Judgment, [A.D.I. 40, Adv. No. 22-50372] |
| 28. | 06/28/2022 | Plaintiffs-Counterclaim Defendants' Consolidated Memorandum of Law in Further Support of Their Motion for Summary Judgment and In Opposition to Intervenor-Defendant's Motion for Summary Judgment, [A.D.I. 64, Adv. No. 22-50372] |

DOCS_DE:239812.1

| | |
|---|---|
| Dated: July 13, 2022 | Respectfully submitted,<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>By: */s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Tel: 302-652-4100<br>Facsimile: 302-652-4400<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>- and -<br><br>Jennifer Selendy (*pro hac vice* pending)<br>Andrew R. Dunlap (*pro hac vice* pending)<br>Oscar Shine (*pro hac vice* pending)<br>Max H. Siegel (*pro hac vice* pending)<br>SELENDY GAY ELSBERG PLLC<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Tel: 212-390-9000<br>jselendy@selendygay.com<br>adunlap@selendygay.com<br>oshine@selendygay.com<br>msiegel@selendygay.com<br><br>*Attorneys for the Appellants* |