# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TPC GROUP INC, *et al.*,<br><br>Debtors,[1] | Chapter 11<br><br>Bankruptcy Case No. 22-10493 (CTG)<br><br>Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P<br><br>  *Plaintiffs-Appellants*,<br><br>v.<br><br>TPC GROUP INC.,<br><br>  *Defendant-Appellee*,<br><br>-and-<br><br>THE AD HOC NOTEHOLDER GROUP,<br><br>  *Intervenor-Defendant-Appellee* | Bankruptcy Adv. Proc. No. 22-50372 (CTG)<br><br>Civ. Action No. _____ |

## DECLARATION OF OSCAR SHINE

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their federal tax identification numbers, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

DOCS_DE:239811.1

OSCAR SHINE, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the law firm Selendy Gay Elsberg PLLC, counsel to Plaintiffs-Appellants Cerberus Capital Management, L.P and Bayside Capital, Inc. in the above-captioned Action. I submit this declaration in support of Plaintiffs-Appellants' Emergency Motion for Stay of Effectiveness and Enforcement of Order and Judgment Pending Appeal Pursuant to Bankruptcy Rule 8007, filed contemporaneously herewith.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of a letter from Kristopher Hansen of Paul Hastings LLP, attorney for the Ad Hoc Noteholder Group, dated July 11, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2022

/s/ *Oscar Shine*
Oscar Shine