**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC, *et al.,* | Bankruptcy Case No. 22-10493 (CTG) |
| *Debtors,*[5] | Jointly Administered |
| | |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P | Bankruptcy Adv. Proc. No. 22-50372 (CTG) |
| *Plaintiffs-Appellants,* | Civ. Action No. _____ |
| v. | |
| TPC GROUP INC., | |
| *Defendant-Appellee,* | |
| -and- | |
| THE AD HOC NOTEHOLDER GROUP, | |
| *Intervenor-Defendant-Appellee.* | |

**ORDER GRANTING MOTION OF APPELLANTS TO EXPEDITE APPEAL**

---

[5] The Debtors in these Chapter 11 cases, and the last four digits of their federal tax identification numbers, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

Upon consideration of the emergency motion (the "Motion to Expedite") of Cerberus Capital Management L.P. and Bayside Capital, Inc. ("Appellants"), for entry of an order (this "Order") expediting this appeal; and this Court having reviewed the Motion to Expedite and having determined that the legal and factual bases set forth in the Motion to Expedite establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion to Expedite is GRANTED.

2.    Appellants' opening brief due by July 19, 2022;

3.    Appellees' answering brief(s) due by July 29, 2022;

4.    Appellants' reply brief due by August 3, 2022;

5.    Oral argument is scheduled for _____, 2022, at _____:_____ __.m. prevailing Eastern time.

6.    Within one business day after the entry of this Order, Appellants shall serve a copy of this Order on the Appellees.

7.    This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

DOCS_DE:239810.1