# EXHIBIT C

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT7024491

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| GOLBA, LLC | 07/15/2021 |

### RECEIVING PARTY DATA

| Name: | ARRAY IP LLC |
|---|---|
| Street Address: | 3333 PRESTON RD, SUITE 300-1038 |
| City: | FRISCO |
| State/Country: | TEXAS |
| Postal Code: | 75034 |

### PROPERTY NUMBERS Total: 24

| Property Type | Number |
|---|---|
| Application Number: | 62204605 |
| Patent Number: | 9749017 |
| Patent Number: | 9973240 |
| Patent Number: | 10404325 |
| Patent Number: | 9077188 |
| Patent Number: | 9407111 |
| Patent Number: | 10014731 |
| Application Number: | 15996294 |
| Application Number: | 61290184 |
| Patent Number: | 8686685 |
| Patent Number: | 9608472 |
| Patent Number: | 9847670 |
| Patent Number: | 10014726 |
| Application Number: | 15361665 |
| Patent Number: | 10320240 |
| Patent Number: | 10355531 |
| Patent Number: | 10263474 |
| Patent Number: | 10044231 |
| Application Number: | 16436824 |
| Patent Number: | 10938246 |

| Property Type | Number |
|---|---|
| Application Number: | 17182648 |
| Patent Number: | 9246349 |
| Patent Number: | 9812905 |
| Application Number: | 15610519 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Email:** linhd@ip-edge.com
**Correspondent Name:** ARRAY IP LLC
**Address Line 1:** 3333 PRESTON RD, SUITE 300-1038
**Address Line 4:** FRISCO, TEXAS 75034

| NAME OF SUBMITTER: | TIFFANY HALFON |
|---|---|
| SIGNATURE: | /Tiffany Halfon/ |
| DATE SIGNED: | 11/15/2021 |

**Total Attachments: 4**
source=Assignment Agreement - Golba and Array IP (fully executed)#page1.tif
source=Assignment Agreement - Golba and Array IP (fully executed)#page2.tif
source=Assignment Agreement - Golba and Array IP (fully executed)#page3.tif
source=Assignment Agreement - Golba and Array IP (fully executed)#page4.tif

## EXHIBIT B

## ASSIGNMENT

WHEREAS, **Golba, LLC**, a limited liability company organized and existing under the laws of the State of California, having its offices at 67 Marguerite Drive, Rancho Palos Verdes, California 90275 (hereinafter "Seller") is the sole and exclusive owner of certain patents and/or patent applications listed in Schedule A annexed hereto, including all related patents, patent applications, extensions, divisionals, continuations, continuations-in-part, reissues, reexaminations, substitutions and foreign counterparts of any of the foregoing (collectively referred to as the "Patents"); and

WHEREAS **Array IP LLC**, a Texas limited liability company, having a place of business at 3333 Preston Rd, Suite 300- 1038, Frisco, TX 75034 (hereinafter "Purchaser") is desirous of acquiring the right, title and interest in, to and under the said Patents.

*Now, Therefore,*

For good and valuable consideration, the receipt of which is hereby acknowledged, Seller does hereby sell, assign, transfer and set over to Purchaser, subject to existing encumbrances, the Patents aforesaid, and all right, title and interest to the Patents, and any inventions claimed in said Patents, granted and which may be granted to be held and enjoyed by Purchaser for its own use and enjoyment, and for the use and enjoyment of its successors, assigns or other legal representatives, to the end of the term or terms for which said Patents are or may be granted, reissued or extended as fully and entirely as the same would have been held and enjoyed by Seller, if this assignment and sale had not been made; together with all claims for infringement and damages by reason of past, current, and future infringement and/or provisional rights under said Patents, with the right to sue for, and collect the same for its own use and behalf, and for the use and behalf of its successors, assigns or other legal representatives.

And, Seller, hereby authorizes and requests the Commissioner of Patents and Trademarks to issue any and all Letters Patents of the United States on said inventions to Purchaser as assignee of the entire interest.

In Witness Whereof, Seller and Purchaser have executed this Assignment by their duly authorized representative.

**Golba, LLC**

By: _Mehran Moshfeghi_ (signature)
Name: MEHRAN MOSHFEGHI
Title: Managing Member
Date: 15 July 2021

**Array IP LLC**

By: ___*[signature: Tiffany Halfon]*___

Name: Tiffany Halfon

Title: Managing Member

Date: ____14 July 2021____

**PATENT**
**REEL: 058113 FRAME: 0103**

## Schedule A
### PATENTS

| Application Serial No. | Filing Date | Patent No. | Issue Date |
|---|---|---|---|
| 62/204,605 | 8/13/2015 | | |
| 15/226,180 | 08/02/2016 | 9,749,017 | 8/29/2017 |
| 15/659,410 | 07/25/2017 | 9,973,240 | 5/15/2018 |
| 15/948,142 | 4/9/2018 | 10,404,325 | 9/3/2019 |
| 13/421,500 | 03/15/2012 | 9,077,188 | 07/07/2015 |
| 14/791,742 | 07/06/2015 | 9,407,111 | 08/02/2016 |
| 15/208,493 | 07/12/2016 | 10,014,731 | 7/3/2018 |
| 15/996,294 | 6/1/2018 | | |
| 61/290,184 | 12/25/2009 | | |
| 12/979,254 | 12/27/2010 | 8,686,685 | 04/01/2014 |
| 14/223,841 | 03/24/2014 | 9,608,472 | 03/28/2017 |
| 15/263,629 | 09/13/2016 | 9,847,670 | 12/19/2017 |
| 15/263,755 | 09/13/2016 | 10,014,726 | 7/3/2018 |
| 15/361,665 | 11/28/2016 | | |
| 15/610,435 | 05/31/2017 | 10,320,240 | 6/11/2019 |
| 15/610,379 | 05/31/2017 | 10,355,531 | 7/16/2019 |
| 15/610,494 | 05/31/2017 | 10,263,474 | 4/16/2019 |
| 15/926,765 | 03/20/2018 | 10,044,231 | 8/7/2018 |
| 16/436,824 | 6/10/2019 | | |
| 16/793,910 | 2/18/2020 | 10,938,246 | 3/2/2021 |
| 17/182,648 | 2/23/2021 | | |

| | | | |
|---|---|---|---|
| 13/421,476 | 03/15/2012 | 9,246,349 | 01/26/2016 |
| 14/997,809 | 01/18/2016 | 9,812,905 | 11/7/2017 |
| 15/610,519 | 05/31/2017 | | |

RECORDED: 11/15/2021

PATENT
REEL: 058113 FRAME: 0105