# EXHIBIT D

    

Home  My Network (6)  Jobs



# Linh Deitz · 3rd
Office Manager

- IP Edge LLC
- The University of Texas at Austin

Houston, Texas, United States · **Contact info**

**442** followers · **436** connections

Follow    Message   More

## People who follow Linh also follow        See all   



**Lenor Marquis**
Senior Counsel - Global Litigation at Hitachi Energy
13,399 followers

Follow

**Samantha Unrau**
Global Director of Social M
Engagement Ops @Nike |.
54,103 followers

Follow

## Activity
442 followers

+ Follow

**Linh hasn't posted lately**

   Home  My Network  Jobs

## Experience

 **Office Manager**
IP Edge LLC
Jul 2015 - Present · 7 yrs 5 mos

**Office Manager**
River Oaks Plastic Surgery Center
Feb 2009 - Jul 2015 · 6 yrs 6 mos

 **Account Manager**
Yoh
Apr 2008 - Feb 2010 · 1 yr 11 mos

Provide IT staffign and outsourcing solutions.

**Corporate Education Liasion**
University of Phoenix
Jan 2008 - Apr 2008 · 4 mos

**Director of Regional Accounts**
Student Capital
Nov 2005 - May 2007 · 1 yr 7 mos

Show all 8 experiences →

## Education

 **The University of Texas at Austin**
1996 - 2000

## Skills

**Customer Service**

Endorsed by 3 colleagues at Smart Financial Credit Union

 Endorsed by 6 people who know the skill

25 endorsements

    

Home | My Network (6) | Jobs

Endorsed by Mike Fuller who is highly skilled at this

Endorsed by 3 colleagues at Smart Financial Credit Union

18 endorsements

### Leadership

 Endorsed by Sergio Gonzalez and 1 other who is highly skilled at this

Endorsed by 3 colleagues at Smart Financial Credit Union

14 endorsements

Show all 14 skills →

## Recommendations

**Received**   Given

### Nothing to see for now
Recommendations that Linh receives will appear here.

## Interests

**Companies**   Groups   Schools



**Ambient Studios LLC**
366 followers

+ Follow

**IP EDGE LLC**
273 followers

+ Follow

Show all 7 companies →

   Home  My Network  Jobs

 

Premium

See the full list of who's viewed your profile

Try for Free

### People also viewed


**Yang Gao**
• 2nd
Director of Patent Analysis at IP Edge LLC

 Connect

**Gautham Bodepudi**
• 2nd
Managing Partner at IP EDGE LLC

 Connect


**Sanjay Pant**
• 2nd
Managing Partner at IP EDGE LLC

Connect


**Duy Tran**
• 3rd
Legal Consultant Specializing in Intellectual Property

Message


**Brandon LaPray**
• 2nd
Attorney

Connect

Show more

### People you may know

    

Home · My Network · Jobs

Connect



**Kentaro FURUYA**
Attorney at Law (Japan/California)

Connect



**Rick Bisenius**
Principal at Fish & Richardson P.C. focusing on inter partes review and other patent post-grant proceedings

Connect



**Claudia Newman**
Legal Assistant

Connect



**Jacqueline Moran, Ph.D.**
Litigation Associate at Fish & Richardson P.C.

Connect

Show more

 LEARNING

Add new skills with these courses, free for 24 hours


Becoming an Ally to All


Conducting Research in a Post-Pandemic World


CIPP/US Cert Prep: 4 Workplace Privacy

See my recommendations

    

Home · My Network (6) · Jobs



Subscribe with Google.
Special Offer: $1 per week

Betty Blocks Legal tech
Rapid, governable & scalable app development for automation and innovation

Learn more · Learn more

About · Accessibility · Talent Solutions · Questions? Visit our Help Center. · Select Language

Community Guidelines · Careers · Marketing Solutions

Privacy & Terms · Ad Choices · Advertising · Manage your account and privacy Go to your Settings. · English (English)

Sales Solutions · Mobile · Small Business

Safety Center

LinkedIn Corporation © 2022

https://www.linkedin.com/in/linh-deitz-8830028/    6/6