# EXHIBIT E

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  EPAS ID: PAT7294040
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ARRAY IP LLC | 03/24/2022 |

### RECEIVING PARTY DATA

| Name: | WAVERLY LICENSING LLC |
|---|---|
| Street Address: | 3333 PRESTON RD, SUITE 300 #1095 |
| City: | FRISCO |
| State/Country: | TEXAS |
| Postal Code: | 75034 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Patent Number: | 10938246 |

### CORRESPONDENCE DATA

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Email: stnbsee@gmail.com
Correspondent Name: WAVERLY LICENSING LLC
Address Line 1: 3333 PRESTON RD, SUITE 300 #1095
Address Line 4: FRISCO, TEXAS 75034

| NAME OF SUBMITTER: | SON NGUYEN |
|---|---|
| SIGNATURE: | /Son Nguyen/ |
| DATE SIGNED: | 04/22/2022 |

Total Attachments: 2
source=Exhibit A - Patent Assignment - Array to Waverly - Fully Executed#page1.tif
source=Exhibit A - Patent Assignment - Array to Waverly - Fully Executed#page2.tif

Exhibit A

## PATENT ASSIGNMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, Array IP LLC, a limited liability company organized under the State of Texas having its offices at 3333 Preston Rd, Suite 300 – 1038, Frisco, TX 75034 ("*Assignor*"), does hereby assign, transfer, and convey unto Waverly Licensing LLC, a limited liability company organized under the laws of the State of Texas having office at 3333 Preston Rd, Suite 300 #1095, Frisco, TX 75034, ("*Assignee*"), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "*Patent Rights*"):

(a) the patent applications and patents listed in the table below (the "*Patents*" or "*Patent*");

| Patent / Publication No(s). | Application No(s). | Country | Filing Date |
|---|---|---|---|
| **10938246** | 16/793910 | US | 02/18/2020 |

(b) all right, title and interest to the Patent.

(g) all of the rights, privileges including the benefits of any attorney client privilege or attorney work product privilege, title and interest in and to the Patent sold, transferred, assigned and set over to Assignee hereunder including all income, royalties, damages and payments now or hereafter due or payable with respect thereto; and

(h) the right to bring any claim, sue, counterclaim, and recover for the past, present and future infringement of the rights assigned hereunder.

**ASSIGNOR: Array IP LLC**

By: _[signature]_

Name: Tiffany Halfon

Title: Managing Member

Date: 24 March 2022

Exhibit A

**ASSIGNEE: Waverly Licensing LLC**

By: _____*Sonnguyen*_____

Name: Son Nguyen

Title: Managing Member

Date: 03/24/2022

RECORDED: 04/22/2022

PATENT
REEL: 059682 FRAME: 0045