IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WAVERLY LICENSING LLC, MAVEXAR LLC, ARRAY IP LLC, and IP EDGE LLC,<br><br>Defendants. | C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF POWER INTEGRATIONS, INC.'S CORPORATE DISCLOSURE STATEMENT

Power Integrations, Inc. hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Power Integrations, Inc. has no parent corporation and Black Rock, Inc. owns 10% or more of the stock of Power Integrations, Inc.

Dated: November 30, 2022    FISH & RICHARDSON P.C.

By: */s/ Warren K. Mabey, Jr.*
Warren K. Mabey, Jr. (#5775)
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Email: *mabey@fr.com*

Frank E. Scherkenbach (*Pro Hac Vice forthcoming*)
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070
Email: *scherkenbach@fr.com*

Michael R. Headley (*Pro Hac Vice forthcoming*)
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA  94063
Telephone:  (650) 839-5070
Email:  *headley@fr.com*

***Attorneys for Plaintiff***
***POWER INTEGRATIONS, INC.***